# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK H. SHULL, JR., <br>     Plaintiff(s), <br> v. <br> ROSEMAN UNIVERSITY, et al., <br>     Defendant(s). | Case No.: 2:18-cv-02352-RFB-NJK <br><br> **Order** <br><br> [Docket No. 25] |

Pending before the Court is a stipulation to stay discovery pending resolution of Defendants' motions to dismiss. Docket No. 25. Considering the applicable standards, *see, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the stipulation is hereby **GRANTED**. In the event resolution of the motions to dismiss does not result in the termination of this case, the parties shall file a joint proposed schedule to move this case forward to resolution within 14 days of the issuance of the order resolving those motions.

IT IS SO ORDERED.

Dated: January 28, 2019

                                                                           Nancy J. Koppe <br>
                                                                           United States Magistrate Judge