UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDERICK H. SHULL, JR., | Case No. 2:18-cv-02352-RFB-NJK |
| Plaintiff, | ORDER |
| v. | |
| ROSEMAN UNIVERSITY, et al., | |
| Defendants. | |

Before the Court is the Defendant's Motion for Reconsideration [ECF No. 29]. The Court does not find a basis for reconsidering its order on remand. While Defendant points to motions that Plaintiff has filed regarding his alleged requests from the Court, the Court relied upon and continues to rely upon his Amended Complaint as the operative and controlling document as to his claims and requested relief. In his Amended Complaint, Plaintiff does not present a claim over which this Court would have jurisdiction.

For the reasons stated above,

**IT IS THEREFORE ORDERED** that the Motion for Reconsideration [ECF No. 29] is DENIED.

DATED: September 28, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**